UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, | Case: No. 3:18-CV-07805-JST |
| Plaintiff, | |
| v. | ~~[proposed]~~ **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |
| **Hong Rae Cho**, in individual and representative capacity as trustee of the 2018 Cho Family Trust dated July 18, 2018; **Won Ae Cho**, in individual and representative capacity as trustee of the 2018 Cho Family Trust dated July 18, 2018; and Does 1-10, | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include May 15, 2019.
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: _May 6, 2019_      _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1