UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL LOVE,

    Plaintiff,

  v.

HONG RAE CHO, et al.,

    Defendants.

Case No. 18-cv-07805-JST

**ORDER OF DISMISSAL UPON SETTLEMENT**

Re: ECF No. 31

   On September 12, 2019, Mediator David T. Kelley certified that the parties settled this case. ECF No. 31. Accordingly, this matter is dismissed with prejudice. The Clerk shall close the file.

   **IT IS SO ORDERED**.

Dated: July 13, 2021

_____
JON S. TIGAR
United States District Judge